■ Abbie Pickman, Individually and as Parent and Natural Guardian of Derrick Fuller, an Infant, Respondent, v Kathleen P. Musclow et al., Appellants. [672 NYS2d 567] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not err in ordering a new trial after setting aside the verdict in this personal injury action (*see,* CPLR 4404 [a]). The jury found that plaintiff's three-year-old son did not sustain a significant disfiguring scar. The y-shaped scar on the child's forehead, however, is more than 3½ inches in length and is the result of a deep laceration that required 40 to 50 stitches. While the scar may be realigned by surgery when the child is a teenager, it cannot be eliminated and will be noticeable for the rest of the child's life. The court properly concluded that "the evidence so preponderated in favor of * * *plaintiff that the verdict could not have been reached on any fair interpretation of the evidence" (*Petrivelli v Walz,* 227 AD2d 735; *see, Zulawski v Zulawski,* 170 AD2d 979). (Appeal from Order of Supreme Court, Livingston County, Cicoria, J.—Set Aside Verdict.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.